IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CR-40007-RDR |
| ) | |
| JOHN FEHRENBACHER ) | |
| Defendant. ) | |

## ORDER GRANTING CONTINUANCE

NOW ON THIS 15th day of December, 2011, the above-entitled matters comes on for hearing on the motion of the Defendant, John Fehrenbacher, for a continuance of the trial setting.

Whereupon, after examining the files and after reviewing the motion and being duly advised in the premises, the Court finds that good cause has been shown that the Defendant's motion for continuance should be granted.

The Court further finds that the period of delay resulting from the extension granted pursuant to this order shall be excludable time as provide for in 18 U.S.C. §3161(h)(8)(A) and (B) in that the ends of justice are served by the granting of such a continuance and outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED, that the trial in this matter is continued until January 30, 2012 at 9:30 a.m. and that the period of delay resulting from such continuance shall be excludable time as provided by 18 U.S.C. §3161(h)(8)(A) and (B).

**IT IS SO ORDERED**.

s/Richard D. Rogers
United States District Judge